

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00080-CR

Jerry Lee **TRIGO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. 14-CRD-52
Honorable Ana Lisa Garza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED August 26, 2015.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice